UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUIS FITZIG, )<br>)<br>   *Plaintiff*, )<br>)<br>v. )<br>)<br>ALEJANDRO MAYORKAS, Secretary )<br>U.S. Department of Homeland Security )<br>)<br>   *Defendant*. )<br>) | Civil Action No. 18-2552 (RDM) |

## NOTICE OF APPEARANCE

Please enter the appearance of Alan Lescht of the law firm Alan Lescht & Associates, P.C. as counsel for Plaintiff in the above-captioned case.

Dated: August 4, 2023

Respectfully submitted,

By: /s/ Alan Lescht
Alan Lescht [#441691]
Conor Ahern [#1686432]
Alan Lescht & Associates, P.C.
1825 K Street NW, Suite 750
Washington, DC 20006
(202) 463-6036
Alan.Lescht@leschtlaw.com
Conor.Ahern@leschtlaw.com

*Counsel for Plaintiff*

## CERTIFCATE OF SERVICE

  I hereby certify that on August 4, 2023 a copy of the foregoing Notice of Appearance was served on all parties of record via the Court's electronic filing system.

/s/ Alan Lescht
Alan Lescht
