UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUIS FITZIG, <br><br> *Plaintiff,* <br><br> v. <br><br> CHAD WOLF, Acting Secretary <br> U.S. Department of Homeland Security <br><br> *Defendant.* | Civil Action No. 18-2552 (RDM) |

## JOINT STATUS REPORT

The parties respectfully file this Joint Status Report pursuant to the Court's Minute Order dated August 23, 2023.

Although the parties reached a settlement in principle on or about July 27, 2023, the parties were not able to agree on the totality of terms included in a written agreement. The parties reached an impasse and the Agency's settlement offer expired. The parties will continue to discuss settlement but, at this point, do not believe that litigation should be further stayed for continued discussions.

Accordingly, the parties respectfully request that a status conference be scheduled to discuss and set dates for a trial and pre-trial deadlines.

Dated: October 22, 2023                    Respectfully submitted,

                                           By: /s/ Alan Lescht
                                           Alan Lescht [#441691]
                                           Alan Lescht & Associates, P.C.
                                           1825 K Street NW, Suite 750
                                           Washington, DC 20006
                                           (202) 463-6036

Alan.Lescht@leschtlaw.com
*Counsel for Plaintiff*

and

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

*/s/ Brenda González Horowitz*
BRENDA GONZÁLEZ HOROWITZ
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2512
Brenda.gonzalez.horowitz@usdoj.gov

*Attorney for the United States of America*

### CERTIFCATE OF SERVICE

I hereby certify that on October 23, 2023 a copy of the foregoing Notice of Appearance was served on all parties of record via the Court's electronic filing system.

/s/ Laura Nagel
Laura Nagel

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUIS FITZIG, <br><br> *Plaintiff*, <br><br> v. <br><br> CHAD WOLF, Acting Secretary <br> U.S. Department of Homeland Security <br><br> *Defendant*. | Civil Action No. 18-2552 (RDM) |

### **[PROPOSED] ORDER**

Upon consideration of the parties' joint status report, it is hereby ORDERED that the parties appear for a Status Conference on _____ at _____ o'clock.

SO ORDERED.

_____                    _____

DATED                                                               RANDOLPH D. MOSS
                                                                          United States District Judge