UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUIS FITZIG,<br><br>  Plaintiff,<br><br>  v.<br><br>ALEJANDRO MAYORKAS, Secretary<br>U.S. Department of Homeland Security<br><br>  Defendant. | Civil Action No. 18-2552 (RDM) |

## STIPULATION OF DISMISSAL

Pursuant to the parties' settlement agreement in this matter, the parties to this action hereby stipulate to dismiss this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

(by permission) */s/ Laura Nagel*
LAURA NAGEL
Alan Lescht & Associates P.C.
1825 K Street NW, Suite 750
Washington, DC 20006
(202) 463-6036

*Attorney for Plaintiff*

Dated: May 10, 2024

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:      */s/ Brenda González Horowitz*
BRENDA GONZÁLEZ HOROWITZ
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2512

*Attorneys for the United States of America*